## WILLIAMS v. STATE.
### No. 20181.

Court of Criminal Appeals of Texas.
Feb. 22, 1939.

A. H. Spann, of Navasota, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

KRUEGER, Judge.

Conviction is for cattle theft; punishment assessed is confinement in the state penitentiary for a term of five years.

The record is before us without a statement of facts or bills of exceptions. The indictment is sufficient to charge the offense and procedural matters appear to be in due order.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

## HAWKINS v. STATE.
### No. 20206.

Court of Criminal Appeals of Texas.
Feb. 22, 1939.

Willis Snyder, of Marshall, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

KRUEGER, Judge.

Conviction is for aggravated assault; punishment assessed is a fine of $50.

The record is before us without a statement of facts or bills of exceptions. The information is sufficient to charge the offense and all procedural matters appear to be in due order.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.